IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**PERCY LITTLE, JR**  **PLAINTIFF**
**ADC #124075**

V.   Case No. 4:22-CV-00818-BRW-BBM

**CAROLYN IVERSON, Nurse, Dub Brassell**
**Detention Center; and DARRELL ELKIN,**
**Doctor, Dub Brassell Detention Center**  **DEFENDANTS**

## ORDER

I have reviewed the Recommended Disposition submitted by United States Magistrate Judge Benecia B. Moore. No objections were filed. After careful review, I approve and adopt the Recommended Disposition.

Accordingly, Defendants' motion for summary judgment (Doc. 26) is granted. Little's deliberate-indifference claims against Defendants will be dismissed with prejudice. Judgment will enter accordingly.

IT IS SO ORDERED this 27th day of February, 2025.

BILLY ROY WILSON
UNITED STATES DISTRICT JUDGE